EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TEL NO.: |
|---|---|
| [X] Recording requested by and return to: | (916) 324-5468 |

Vincent J. Scally, Jr.
Department of Justice, Office of the Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA 94244-2550

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

NAME OF COURT: US Dist. Ct, Eastern District of CA
STREET ADDRESS: 2500 Tulare Street, 1st Floor, Room 1501
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, 93721-1318
BRANCH NAME:

# ISSUED

FOR RECORDER'S USE ONLY

PLAINTIFF: HOLLACE MILLER

DEFENDANT: CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al.

**ABSTRACT OF JUDGMENT**    [ ] Amended

CASE NUMBER: 1:03-CV-05806-REC-TAG

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      ┌─────────────────────────────────┐
      │ Hollace Miller                   │
      │ 21386 Avenue 188                 │
      │ Strathmore, CA 93267             │
      └─────────────────────────────────┘

   Driver's license No. and state:    [X] Unknown
   Social security No.: 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    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. [ ] Information on additional judgment debtors is shown on page two.

Date:

Vincent J. Scally, Jr.
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address)*:
   CA Dept. of Developmental Services
   P.O. Box 944202
   Sacramento, CA 94244-2020
4. Judgment debtor *(full name as it appears in judgment)*:
   Hollace Miller

6. Total amount of judgment as entered or last renewed:
   $ 1,443.70
7. [ ] An [ ] execution lien [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

[SEAL]

5. a. Judgment entered on
      *(date)*: 11/18/05
   b. Renewal entered on
      *(date)*:
   c. Renewal entered on
      *(date)*:

   This abstract issued on *(date)*: 4/24/06

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
      *(date)*:
9. [ ] This judgment is an installment judgment.

JACK L. WAGNER
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2002]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
LexisNexis® Automated California Federal District Court Forms